JS-4

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9
10                   CENTRAL DISTRIC OF CALIFORNIA
11

| | |
|---|---|
| SANTOS GARCIA, | CASE NO: CV 10-7866-RGK (FFMx) |
| Plaintiff, | [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE UNDER RULE 41(a) (i). |
| vs. | |
| COSTCO WHOLESALE CORPORATION, and DOES 1 through 100, inclusive, | Date action filed: July 30, 2010<br>Judge: Hon. R. Gary Klausner<br>Trial Date:     None set |
| Defendants. | |

1  The Court, having considered the Notice of Dismissal filed by Plaintiff SANTOS GARCIA
2  ("Plaintiff"), by and through her counsel of record Azuka L. Uzoh issue the following order:
3  Good cause appearing therefore, IT IS HEREBY ORDERED that this action is dismissed in
4  its entirety without prejudice.
5
6
7  IT IS SO ORDERED.
8  DATED: 11-02-10
9                                          Hon. R. Gary Klausner
10                                         Judge of the United States District Court